# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

JAMESELDA WORTHAM,

          Petitioner

        v.

OFFICE OF ADMINISTRATIVE
REVIEW/TAX,

          Respondent

No. 186 EAL 2015

Petition for Allowance of Appeal from the Order of the Commonwealth Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of September, 2015, the Petition for Allowance of Appeal is **DENIED**.